LMB:as

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 00-6104-CR-DIMITROULEAS

18 U.S.C. § 922(g)(1)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
ROBERTO HOMS )
)
_____ )

INDICTMENT

The Grand Jury charges that:

**COUNT I**

On or about October 14, 1998, at Broward County, in the Southern District of Florida, the defendant,

**ROBERTO HOMS,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess



a firearm in and affecting commerce, to wit: a Beretta 92FS, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

ROBERTO HOMS                    **CERTIFICATE OF TRIAL ATTORNEY***

_____

**Superseding Case Information**:

**Court Division**: (Select One)        New Defendant(s)   Yes ___  No ___
                                        Number of New Defendants  ___
___ Miami   ___ Key West                Total number of counts    ___
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) __NO__
   List language and/or dialect  __English__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   I   0 to 5 days    _X_              Petty    ___
   II  6 to 10 days   ___              Minor    ___
   III 11 to 20 days  ___              Misdem.  ___
   IV  21 to 60 days  ___              Felony   _X_
   V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

                        _____
                        LAURENCE M. BARDFELD
                        ASSISTANT UNITED STATES ATTORNEY
                        Court Bar No. 712450

*Penalty Sheet(s) attached                                      REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ROBERTO HOMS            No.:_____

Count # I:
Possession of a Firearm by a Convicted Felon; in violation of 18 U.S.C. § 922(g)(1)

*Max Penalty: Ten (10) years' imprisonment; $250,000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96