AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JAMES S. HUGGINS (305) 597-4777

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ROBERTO HOMS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6104 CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERTO HOMS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) possession of a firearm by a convicted felon,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 27, 2000, Fort Lauderdale, Florida
Date and Location

*[signature]* by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Roberto Homs _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____