U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ROBERTO HOMS (J)　　　　CASE NO: 00-6104-CR-DIMITROULEAS

AUSA: BARDFELD  *pres*　　　　ATTY: Tim Day

AGENT: ATF - HIGGINS　　　　VIOL: 18: 922(g)(1)

PROCEEDING I/A ON INDICTMENT　　　RECOMMENDED BOND PSB

BOND HEARING HELD - yes/no　　　COUNSEL APPOINTED

　　BOND SET @ 100,000 PSB

　　SPECIAL CONDITIONS:

1) To be cosigned by: girlfriend - Tola Bowles
2) Rpt to PTS as directed x's a wk/month by phone;　x's a wk/month in person
3) Travel restricted to: SD/FL
4) No firearms

Advised of Charges - written for Oral

　　　　　　Reading of Indictment Waived
　　　　　　Not Guilty plea entered
　　　　　　Jury trial demanded
　　　　　　Standing Discovery Order requested

NEXT COURT APPEARANCE:　INQUIRY RE COUNSEL:

　　　　　　　　　　　PTD/BOND HRG:

　　　　　　　　　　　PRELIM/ARRAIGN:

　　　　　　　　　　　REMOVAL HRG:

　　　　　　　　　　　STATUS CONF: 6-15　11　B55

Date: 6-1-00　Time 11:00　FTL/LSS TAPE #00- 028　Begin: 253　End: 436