UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6104-CR-DIMITROULEAS

CHIEF MAGISTRATE JUDGE SNOW



UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

ROBERTO HOMS, :

    Defendant. :
_____/

## MOTION TO WITHDRAW

The Defendant, through counsel, requests that this Court allow the Office of the Federal Defender to withdraw from further representation of the defendant and as grounds in support thereof states:

1. The defendant is charged by way of indictment with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

2. Based upon a review of the case it appears that a conflict of interest exists that precludes the Office of the Federal Defender from further representation of the defendant.



WHEREFORE, the Office of the Federal Defender requests that it be allowed to withdraw and CJA counsel be appointed.

                                   Respectfully submitted,

                                   KATHLEEN M. WILLIAMS
                                   FEDERAL PUBLIC DEFENDER

By: _____
                 Timothy M. Day
                 Assistant Federal Public Defender
                 Florida Bar No. 360325
                 101 N.E. 3rd Avenue
                 Suite 202
                 Fort Lauderdale, Florida 33301
                 (954) 356-7436 ext. 108
                 (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___6___ day of June, 2000 to Laurence Bardfeld, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\MOTIONS\Harris Withdraw.wpd

2