UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6104-CR-DIMITROULEAS

Plaintiff,

vs.

ROBERTO HOMS,

Defendant.



_____/

### ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING COUNSEL

THIS CAUSE appointing counsel having come before the Court on the Office of the Federal Defender's Motion to Withdraw and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Office of the Federal Defender's motion to withdraw is hereby GRANTED. Jason Grey is appointed as CJA counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Timothy M. Day, AFPD

Laurence Bardfeld, AUSA

Jason Grey, Esquire
1571 N.W. 13th Court
Miami, FL 33125