# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

CJA 20 (Rev 4/96)

| 1. CIR/DIST/DIV CODE | 2. PERSON REPRESENTED | VOUCHER NO. |
|---|---|---|
| 1. ☐ MAG. 2. ☒ DIST. 4. ☐ OTHER | | |

| 3. MAG. DOCKET NO. | 3. DIST. DOCKET NO. | 3. APPEALS DOCKET NO. |
|---|---|---|
| | 00-6104-CR-WPD | 085925 |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |
|---|---|---|---|---|
| 00/61 | | FLSFL | 21 USC 922 | 78 |

**8. IN THE CASE OF**
United States vs Roms

**9. PERSON REPRESENTED (FULL NAME)**
ROBERTO ROMS

**9A. NO. REPRES**

**10. PERSON REPRESENTED (STATUS)**
1. ☒ DEFENDANT—ADULT  3. ☐ APPELLANT  5. ☐ OTHER
2. ☐ DEFENDANT—JUVENILE  4. ☐ APPELLEE

**11. PROCEEDINGS (Describe briefly)**
Pre-Trial, Trial, etc

**12. PAYMENT CATEGORY**
A ☒ FELONY  C ☐ PETTY OFFENSE  E ☐ OTHER
B ☐ MISDEMEANOR  D ☐ APPEAL

**13. COURT ORDER**
O ☐ Appointing Counsel  F ☒ Subs. for FD
C ☐ Co-Counsel  R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty _____
Name of prior panel attorney
Appt Date _____ Voucher No _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ _____
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ _____
Date of Order   Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE** (First Name, M.I., Last Name. Including Suffix) AND MAILING ADDRESS
Jason Grey, Esq.
1571 NW 13th Court
Miami, FL 33125

**15. WORK PHONE**
(305) 375-8119

**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation?
☐ Yes  ☒ No

**16B. SOCIAL SECURITY NO.** (Only provide per instructions)

**16C. EMPLOYER I.D. NO** (Only provide per instructions)

**16D. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|

FILED JUN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**IN COURT:**
17. a. Arraignment and/or Plea
    b. Bail and Detention Hearings
    c. Motions Hearings
    d. Trial
    e. Sentence Hearings
    f. Revocation Hearings
    g. Appeals Court
    h. Other (Specify on additional sheets)
    (Rate per hour = $70.00) TOTAL HOURS =

Multiply rate per hour times total hours to obtain "In Court" compensation.
Enter total below
**17A. TOTAL IN COURT COMP** $

**OUT OF COURT:**
18. a. Interviews and conferences
    b. Obtaining and reviewing records
    c. Legal research and brief writing
    d. Travel time (Specify on additional sheets)
    e. Investigative and other work (Specify on additional sheets)
    (Rate per hour = $50.00) TOTAL HOURS =

Multiply rate per hour times total hours. Enter total "out of court" compensation below.
**18A. TOTAL OUT OF COURT COMP.** $

| 19. | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT |
|---|---|---|---|---|
| EXPENSES | | | | |

**19A. TOTAL TRAVEL EXP** $
**19B. TOTAL OTHER EXP.** $
**20. GRAND TOTAL CLAIMED** $

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F ☐ Final Payment  I ☐ Interim Payment No _____ Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____ How much? _____ Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets _____

I swear or affirm the truth or correctness of the above statements. ▶ _____

SIGNATURE OF ATTORNEY/PAYEE _____ DATE _____

| 22. IN COURT COMP | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

27. SIGNATURE OF PRESIDING JUDICIAL OFFICER _____ DATE _____  **27A. JUDGE/MAG CODE**

28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) _____ DATE _____  **29. TOTAL AMT APPROVED** $

COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA