DEFT: Roberto Homs (no deft needed)  CASE NO: 00-6104-CR-Dimitrouleas
AUSA: Larry Bardfeld  *present*  ATTNY: ~~PPD~~ Jason Gray *not present*
AGENT: ___  VIOL: ___
PROCEEDING: Status Conference  BOND REC: ___
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___
___ BOND SET @ ___

FILED by ___ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

— Discovery out —
→ matter reset

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 6-22-00  11:00am  Snow

DATE: 6-15-00  TIME: 11:00am  TAPE # 00-050  PG # 4
2347-2430