HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ROBERTO HOMS_____ CASE NO: __00-6104-CR-DIMITROULEAS__

AUSA __LARRY BARDFELD__ /_Stuart_/ ATTY __JASON GRAY__  _pres_

_Disc complete - new cnsl. appt'd_    _00-031_
_M/ to continue to be filed_          _C 1091_

DEFT __M/ due July 14_____ CASE NO:_____

AUSA __if case continued_____ ATTY_____

[FILED by __ D.C. / JUN 2? 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. OF FLA. FT. LAUD.]

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE ___6-22-00_____ TIME __11:00_____



13/79