UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO HOMS,

    Defendant.
_____/

CASE NO. 00-6104-CR-
DIMITROULEAS

**MOTION FOR CONTINUANCE**

COMES NOW THE DEFENDANT, ROBERTO HOMS, by and through undersigned counsel, and respectfully requests this Honorable Court to grant a continuance for the trial date currently set for July 3, 2000, and as grounds therefore would state the following:

1. On June 9, 2000, counsel was appointed to represent the defendant in this case. However, counsel did not receive the appointment until June 14, 2000.

2. Undersigned counsel did not receive discovery until June 21, 2000.

3. As a result, counsel has not had sufficient time to adequately prepare for the July 3rd trial date and would respectfully request a continuance.

**WHEREFORE,** the Defendant respectfully requests that this Court enter an order granting the Defendant's Motion for Continuance of the trial in this cause.



I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Continuance was forwarded to the United States Attorney's Office, 500 East Broward Boulevard, Ft. Lauderdale, Florida 33394, this 23rd day of June, 2000.

RESPECTFULLY SUBMITTED,

**JASON P. GREY**
**ATTORNEY FOR THE DEFENDANT**
FL BAR NO. 817694
1571 Northwest 13th Court
Miami, Florida 33125
Telef: (305) 325-8119