UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6104-CR-DIMITROULEAS

    Plaintiff,

vs.

ROBERTO HOMS,

    Defendant.

_____/

## ORDER DENYING CONTINUANCE WITHOUT PREJUDICE

THIS CAUSE having come to be heard upon the Defendant's June 23, 2000 Motion for Continuance, and after this Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Laurence Bardfeld, AUSA

Jason Grey, Esquire
1571 N.W. 13th Court
Miami, FL 33125

