UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

ROBERTO HOMS,  :

    Defendant.  :

_____

FILED by ___ D.C.
JUN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on June 22, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided. Counsel for the defendant shall have until July 14, 2000, within which to file pretrial motions, if the trial of this cause is continued.

2. The Federal Public Defender initially was appointed to represent the defendant. Recently it was discovered that the Federal Public Defender had a conflict of interest, and Jason Grey, Esquire, was appointed as substitute counsel. Mr. Gray received the discovery last week, and will be seeking a continuance of the trial so that he can prepare the defense.

DATED at Fort Lauderdale, Florida, this 25th day of June, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Larry Bardfeld (FTL)
Jason Grey, Esq.

