### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6104-a-WPD    DATE: June 30, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Roberto Homs

U.S. ATTORNEY: Tony Bradfield    DEFT. COUNSEL: Steven
                                                for Jason Grey

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft did not show up.
Court Resets hrg for Monday

JUDGMENT: _____

CASE CONTINUED TO: 7/3/00    TIME: 9:00    FOR: Calendar Call

MISC: _____

