**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6104-CR-WPD   DATE: July 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Robertie Hones

U.S. ATTORNEY: Larry Bardfeld   DEFT. COUNSEL: Steven Amwtt for Jason Kreif

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft's motion to Continue is granted. Court resets trial period. The time from today until trial is deemed Excludable under Speedy Trial.

JUDGMENT: _____

CASE CONTINUED TO: 7/21/00   TIME: 8:30   FOR: Cal-Call
MISC: 7/31/00   9:00   trial period

