UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CASE NO. 00-6104-CR-DIMITROULEAS |
| vs. | **ORDER GRANTING CONTINUANCE** |
| ROBERTO HOMS<br>Defendant.<br>_____/ | |

This matter having come before the Court on July 3, 2000 on Defendant's Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing July 31, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **July 21, 2000, at 9:00** A.M. o'clock; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___3___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Larry Bardfeld, AUSA
      Jason Grey, Esq.

