# **CRIMINAL MINUTES**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### **HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6104-CR-WPD    DATE: 7/21/00

COURTROOM CLERK: ~~Karen A. Carlton~~ Deloris McIntosh    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Roberto Homs (B)

U.S. ATTORNEY: ~~Larry Bardfeld~~ Kathleen Rice    DEFT. COUNSEL: ~~Jason Grey~~ Steven Amsel

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft will plea

JUDGMENT: _____

CASE CONTINUED TO: 7/31/00    TIME: 1:00    FOR: Change of Plea

MISC: _____

