## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6104-CR-WPD  DATE: July 31, 2000

COURTROOM CLERK: Karen A. Carlton  COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Roberto Homs

U.S. ATTORNEY: Mary Butwick  DEFT. COUNSEL: Norm Shep

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 10/13/00  TIME: 10:30  FOR: Sentencing

MISC: Written Plea Agreement filed.

