UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

## UNOPPOSED MOTION TO EXTEND TIME PERIOD FOR THE FILING OF DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

ROBERTO HOMS,

    *Defendant.*

_____/

**COMES NOW** the defendant, ROBERTO HOMS, by and through undersigned counsel, and pursuant to the Federal Rules of Criminal Procedure, and moves this Honorable Court to extend the time period for the filing of objections to the Pre-sentence Investigation Report in this case and as grounds in support of said Motion would state:

**1.**    On July 31, 2000, the defendant pled guilty to one count of possession of a firearm by a convicted felon.

**2.**    The defendant is seeking a downward departure from the sentencing guidelines pursuant to a motion being brought by the government in accordance with § 5K1.1 of the sentencing guidelines.

**3.**    To date, the government does not have sufficient information to determine if a 5K1.1 motion will be filed.

**4.**  The filing of said 5K1.1 motion may obviate the need for defendant's court



appointed counsel to advance other arguments and/or conduct further research as to additional basis for downward departures. Furthermore, the defendant may need more time to perform acts in furtherance of his agreement with the government.

5. The undersigned has contacted Assistant United States Attorney Laurence Bardfeld, who has no objection to this request.

**WHEREFORE,** based upon the foregoing, the defendant respectfully prays this Honorable Court extend the filing of the objections to the Pre-sentence Investigation Report in the above styled cause.

Respectfully submitted,

**JASON P. GREY, ESQ.**
FLA BAR NO. 817694
1571 NORTHWEST 13TH COURT
MIAMI, FLORIDA 33125
TEL: (305) 325-8119

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20TH day of September, 2000, a true and correct copy of the foregoing was furnished via U.S. Mail to:

Laurence Bardfeld
Assistant United States Attorney
500 East Broward Boulevard
Ft. Lauderdale, FL 33394

JASON P. GREY, ESQ.