UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6104-CR-DIMITROULEAS

Plaintiff,

vs.

ROBERTO HOMS,

Defendant.

_____/

FILED by _____ D.C.

SEP 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE having been heard upon Defendant's September 22, 2000 Unopposed

Motion to Extend Time Period For the Filing of Defendant's Objections to the Pre Sentence

Investigation Report and the Court notes that the Defendant failed to comply with Local Rule

7.1A2 in that no proposed order was supplied, nevertheless, said motion is GRANTED. The

Defendant shall have until October 6, 2000 to file objections.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

22 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jason Grey, Esquire
1571 N.W. 13th Court
Miami, FL 33125

Larry Bardfeld, AUSA

United States Probation Office