UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,
vs.

Case No. 00-6104-CR- Dimitrouleas

ROBERTO HOMS, et al.,

Defendant.
_____________________________/

FILED BY ___ D.C.
00 OCT -6 PM 3:50
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT**

The Defendant, ROBERTO HOMS, by through undersigned counsel, hereby files these objections to the Pre-Sentence Investigation Report. The Defendant objects to the following:

1. Paragraph 19 of the Pre-Sentence Investigation (P.S.I.) report does not award the defendant a reduction for acceptance of responsibility. The defendant objects to this omission. The plea agreement entered into by the parties provides for a three level reduction pursuant to § 3E1.1 if the defendant makes a full and complete disclosure to the probation department. The defendant provided such a disclosure, announced his intent to plead guilty early on, and has also provided assistance to the government, which he anticipates will result in the filing of a 5K1 motion. Therefore, for the reasons stated, the defendant should receive a three level reduction pursuant to § 3E1.1.

2. The defendant objects to the calculation of the total offense level which appears in paragraph 20 of the P.S.I. For the reasons stated above, the defendant asserts that the correct total offense level should be 17.

3. The defendant objects to the assertion in paragraph 53 of the P.S.I., which states that the instant offense carries a 10 year mandatory sentence. No such mandatory sentence applies in this case.



4. The defendant objects to the guideline range reflected in paragraph 54 of the P.S.I. The P.S.I. states that based on a total offense level 20 the defendant's guideline range is 41-51 months imprisonment. The defendant asserts that his sentence should be based on a total offense level of 17, and that therefore, the guideline range should be 30-37 months.

**WHEREFORE**, the Defendant, ROBERTO HOMS, submits these objections to the Pre-Sentence Investigation Report.

Respectfully submitted,

JASON P. GREY
ATTORNEY-AT-LAW
Florida Bar No.817694
1571 Northwest 13th Court
MIAMI, FLORIDA 33125
(305) 325-8119

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to United States Probation Officer, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132-2126 and to the Assistant United States Attorney, 99 NE 4th Street 4th Floor Miami, Florida 33132, this 6th, day of October, 2000.

JASON P. GREY