## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6104-Cr-WPD    DATE: October 13, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Roberto Homs

U.S. ATTORNEY: Kery Bardfeld    DEFT. COUNSEL: Jason Shey

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: One year and One day ~~months~~ BOP, 3 years supervised release, no fine, $100.00 Assessment. Court recommends designation to SO/FL facility.

Deft's Motion for self surrender is Denied.

JUDGMENT: _____
Deft Informed of Right to Appeal.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Gvt filed 5K1 Motion. Motion is Granted.
W-1 James Higgins, Agent ATF
W-2 Lola Bowles, Girlfriend.