# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **ROBERTO HOMS** | Case Number: **0:00CR06104-001** |
| | Jason Grey, Esq./Laurence Bardfeld, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s)  1
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922 (g)(1) | Possession of a Firearm by a Convicted Felon | 10/14/1998 | 1 |

FILED by _____ D.C.
OCT 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

OCT 19 2000

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **03/15/1997**
Defendant's USM No.: **55326-004**
Defendant's Residence Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami            FL     33132**

Defendant's Mailing Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami            FL     33130**

10/13/2000
Date of Imposition of Judgment

_Signature of Judicial Officer_

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

October 16, 2000
Date

DEFENDANT: **ROBERTO HOMS**
CASE NUMBER: 0:00CR06104-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ **a year and a day**.

☒ The court makes the following recommendations to the Bureau of Prisons:

*That the defendant be designated to a facility in the Southern District of Florida.*

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __11/16/2000__ to __FBOP__
at __FCI MIA__, with a certified copy of this judgment.

ED Gonzalez
WARD~ UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal
LSE