PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CR-Dimitrouleas

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender:   Roberto Homs

Name of Sentencing Judicial Officer:   The Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida

Date of Original Sentence: October 13, 2000

Original Offense:    Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1), a class C felony.

Original Sentence:   One (1) year and one (1) day custody of the Bureau of Prisons followed by three (3) years supervised release. Special condition of drug aftercare.

Type of Supervision: Supervised Release        Date Supervision Commenced: August 24, 2001

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about April 24, 2002, May 16, 2002 and June 5, 2002, the supervised releasee submitted urine specimens which tested positive for the presence of benzodiazepine in our local laboratory. |

U.S. Probation Officer Action:

During the month of February 2002, Mr. Homs injured his back while at work. He was given a prescription for the medication Vicodin. However, on the above listed dates, Mr. Homs tested positive for the presence of Benzodiazepine. The prescription medication Vicodin will test positive for the presence of Opiates not Benzodiazepine. During a home visit on August 18, 2002, Mr. Homs was confronted about the positive urine specimens. He readily admitted to taking the prescription medication Xanax. He stated he received the medication from his aunt and he did not have a prescription for the medication. Mr. Homs was remorseful for his behavior and his failure to use his better judgement in this situation. Mr. Homs was sanctioned to report two (2) times per week for sixty (60) days. He was also re-instructed as to the conditions of his supervised release.



PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64111

    Since being placed on supervision Mr. Homs has been very compliant and this is his first infraction. He has been able to maintain a stable residence and employment site. He has remained arrest free also. Based on these factors, it is respectfully requested that no further adverse action be taken. If Your Honor is in agreement, please affix your signature below.

Respectfully submitted,

by *James E. Bros*

James E. Bros  
U.S. Probation Officer  
Phone: 954-769-5572  
Date: September 11, 2001

---

[ ] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[X] Submit a Request for [X] Warrant or _ Summons

_____  
Signature of Judicial Officer

September 16, 2002  
Date