UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal = 55326-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-6104-CR-DIMITROULEAS
                          )   REPORT COMMENCING CRIMINAL
        -vs-              )   ACTION
                          )
ROBERTO HOMS              )
        Defendant

FILED by ___ D.C.
OCT 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

****************************************************************
TO: Clerk's Office     MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: ~~6/16~~ 10/7/02        am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PROBATION VIOLATION

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 3/15/77

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 10/7/02    (9) Arresting Officer: _____

(10) Agency: USMS     (11) Phone: _____

(12) Comments: _____