## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ROBERTO HOMS (J)  CASE NO: 00-6104-CR-DIMITROULEAS

AUSA: DUTY - Rosenthal  ATTY: Nelson Marks

AGENT: USPO JAMES BROS _pres_  VIOL: SUPERVISED RELEASE

PROCEEDING: I/A ON VIOLATION  RECOMMENDED BOND:

BOND HEARING HELD - yes / ~~no~~  COUNSEL APPOINTED: FPD

BOND SET @: 10,000 PSB  To be cosigned by:

[stamp: FILED OCT - 8 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

Advised of charges

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.

follow all lawful instructions of USPO

- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.

final hrg to be set before Judge D.

- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10/8/02  TIME: 11:00  FTL/LSS TAPE # 02 - 050  Begin: 661  End: 825