UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ROBERTO HOMS,
    Defendant.

_____

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
     Daryl E. Wilcox
      Assistant
     Federal Public Defender
     Florida Bar No. 838845
     1 East Broward Blvd., Suite 1100
     Fort Lauderdale, Florida 33301
     (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 9TH day of October, 2002 to Assistant United States Attorney, Fort Lauderdale, Florida; and James Bros, U.S. Probation Officer, Hollywood, Florida.

_____
Daryl E. Wilcox