UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55326-004

UNITED STATES OF AMERICA )
       Plaintiff ) Case Number: CR 00-6104-CR-Dimitrouleas
    ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
    )
Roberto Homs )
       Defendant

FILED by D.C. OCT 11 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA FT. LAUD.

*********************************************************
TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10/07/02  1600 am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Probation Violation

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 03/15/77

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 10/08/02  (9) Arresting Officer: R. Kirby

(10) Agency: USMS  (11) Phone: 954-356-7865

(12) Comments: _____

