UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
OCT 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                    CASE NO. 00-6104-CR-DIMITROULEAS

ROBERTO HOMS

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                   COURTROOM 203E
FT. LAUDERDALE, FL 33301               DATE & TIME:
                                       **October 30, 2002 AT 10:30 A.M.**

TYPE OF
HEARING:        Final Revocation/Sentencing on Supervised Release Violation

CLARENCE MADDOX,
CLERK OF COURT

_/s/_____
BY DEPUTY CLERK

DATE: October 22, 2002

cc:   Lynn Rosenthal, AUSA
      Daryl Wilcox, AFPD
      James Bros, USPO

