# CRIMINAL MINUTES



FILED by _____ D.C.
OCT 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6104-CR-WPD         DATE: October 30, 2002

COURTROOM CLERK: Karen A. Carlton         COURT REPORTER: Bob Ryckoff

PROBATION: _James Bros_         INTERPRETER: _____

UNITED STATES OF AMERICA   VS. _Rolberto Hone_

U.S. ATTORNEY: _[illegible] / Laurie Rucoba_   DEFT. COUNSEL: _Daryl Wilcox_

REASON FOR HEARING: Final Revocation/Sentencing Hr

RESULT OF HEARING: Supervised Release Violation. Dft admits allegations. Supervised Release is Revoked. Dft Sentenced to 5 months BOP. No further conditions of supervision are imposed. Dft Remanded to Custody.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Dft Informed of Right to Appeal.

