UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
OCT 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6104-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

ROBERTO HOMS

SS# 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
DOB: 03/15/1977

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 30th day of October, 2002 for final hearing for the revocation of the defendant's Supervised Release.

On the 13th day of October, 2000, this Court sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of Five (5) Months. No further conditions of supervised release are imposed

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 30 day of October, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge



cc: Laurie Rucoba, AUSA
Daryl Wilcox, AFPD
James Bros, USPO
U.S. Marshal