PROB 19a                                                                                                      SD/FL PACTS No. 64111

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6104-CR-Dimitrouleaus</u>

U.S.A. vs Roberto Homs

TO:[1] Any United States Marshal or any other authorized officer

*472011*

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Roberto Homs | Male | White | 25 |

ADDRESS (STREET,CITY,STATE)
555 South Luna Court, Apt. #214, Hollywood, Florida 33021

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | October 13, 2000 |

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
Southern District of Florida, Ft. Lauderdale, Florida

CLERK *Clarence Maddox*     (BY) DEPUTY CLERK *[signature]*     DATE *October 2, 2002*

## RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 10/03/02 | 10/07/02 |

EXECUTING AGENCY (NAME AND ADDRESS)
US Marshals Service 299 E Broward Blvd Rm 312, Ft. Lauderdale, FL 33301

| NAME | (BY) | DATE |
|---|---|---|
| Ed Stubbs, AUSM, S/FL | Richard Kirby, DUSM | 10/08/02 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

